AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## District of Colorado

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>TERRY L. RULONG | **Judgment in a Criminal Case**<br>(For a Petty Offense) — Short Form<br><br>Case No.   11-po-00037-GJR<br>USM No.<br>Colleen Scissors, Esq.<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)   One of Information

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 16 U.S.C. § 3 and<br>C.R.S. § 42-2-138(1)(a)<br>36 C.F.R. § 4.2 | Operate Motor Vehicle with knowledge License or<br>Privilege to Drive was Under Restraint | 06/24/2011 | One |

☐ Count(s) _____   ☐ is   ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine |
|---|---|---|
| Total: $460.00 | $ 10.00 | $ 450.00 |

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth: 1973

City and State of Defendant's Residence:
Gunnison, CO 81230

11/15/2011
Date of Imposition of Judgment

*/s/ Gudrun J. Rice*
Signature of Judge

Gudrun J. Rice          Magistrate Judge
Name and Title of Judge

11/16/2011
Date